FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA 98 SEP 23 PM 12: 24
JASPER  DIVISION

U.S. DISTRICT COURT
N.D. OF ALABAMA

DAVID E. COMPTON,                    )
                                     )
           Plaintiff,                )
                                     )
vs.                                  )    CV 98-P-1709-J
                                     )
STATE OF ALABAMA BOARD OF            )
PARDONS AND PAROLES,                 )
                                     )
           Defendants.               )

ENTERED

SEP 2 3 1998

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 28, 1998, recommending

that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failure to state a claim upon

which relief can be granted under 28 U.S.C. § 1915A(b).   The plaintiff filed objections to the report

and recommendation on September 16, 1998.

Having carefully reviewed and considered *de novo* all the materials in the court file,

including the report and recommendation and the objections thereto, the Court is of the opinion that

the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is

ACCEPTED.   Accordingly, the complaint is due to be dismissed for failure to state a claim upon

which relief can be granted pursuant to 28 U.S.C. § 1915A(b).   A Final Judgment will be entered.

DATED this 23 day of ____Sept____, 1998.

SAM C. POINTER, JR.
UNITED STATES DISTRICT JUDGE

